UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANGELICA M. AVILA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>　　　　　Defendant. | Case No.  1:21-cv-01283-BAM<br><br>**ORDER ON APPLICATION TO PROCEED *IN FORMA PAUPERIS* AND DIRECTING CLERK TO ISSUE SUMMONS AND SCHEDULING ORDER**<br><br>(Doc. 4) |

　　　　Pending before the Court is Plaintiff's application to proceed *in forma pauperis* under 28 U.S.C. § 1915. On August 27, 2021, the Court ordered Plaintiff to file a Long Form IFP application to clarify assets listed on her original application. (Doc. 3.) On September 21, 2021, Plaintiff filed the Long Form IFP application. (Doc. 4.) Plaintiff has made the showing required by § 1915, and the request to proceed *in forma pauperis* will be granted. 28 U.S.C. § 1915(a). Accordingly, IT IS HEREBY ORDERED as follows:

　　　　1. Plaintiff's application to procced *in forma pauperis* is GRANTED;

　　　　2. The Clerk of the Court is directed to issue new case documents, including the Scheduling Order; and

　　　　3. The Clerk of the Court also is directed to issue summons and service shall proceed

under the Court's E-Service program, with the Clerk delivering to the Commissioner of Social Security Administration and the United States Attorney's Office at their designated email addresses, a notice of electronic filing of the action along with the summons and complaint.

IT IS SO ORDERED.

Dated: **September 22, 2021**          /s/ *Barbara A. McAuliffe*
                                                UNITED STATES MAGISTRATE JUDGE

2