JONATHAN O. PENA, ESQ.
CA Bar ID No. 278044
Peña & Bromberg, PLC
2440 Tulare St., Suite 320
Fresno, CA  93721
Telephone: 559-412-5390
Fax: 866-282-6709
info@jonathanpena.com
Attorney for Plaintiff

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANGELICA M. AVILA,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>KILOLO KIJAKAZI, Acting Commissioner of Social Security,<br><br>　　　　Defendant. | Case No. 1:21-cv-01283-JLT-BAM<br><br>STIPULATION AND |PROPOSED| ORDER FOR EXTENSION OF TIME |

　　　IT IS HEREBY STIPULATED, by and between the parties through their respective counsel of record, with the Court's approval, that Plaintiff shall have a 30-day extension of time, from July 1, 2022 to August 1, 2022, for Plaintiff to serve on defendant with Plaintiff's Motion for Summary Judgment.  All other dates in the Court's Scheduling Order shall be extended accordingly.

　　　This is Plaintiff's second request for an extension of time.  As Counsel has reported previously in many other cases in this district, Counsel for the Plaintiff underwent major orthopedic surgery on March 17, 2022. Although it has been over

1

three months, Counsel continues to work short periods throughout the day with significant breaks throughout.  Counsel continues to attend physical therapy four days a week.

Additionally, for the weeks of June 27, 2022 and July 5, 2022, Counsel for Plaintiff has 17 merit briefs, and several letter briefs and reply briefs.  For the remainder of the month of July 2022, there are 28 additional merit briefs currently scheduled.

Defendant does not oppose the requested extension.  Counsel apologizes to the Defendant and Court for any inconvenience this may cause.

Respectfully submitted,

Dated: June 27, 2022          PENA & BROMBERG, ATTORNEYS AT LAW

By: */s/ Jonathan Omar Pena*
JONATHAN OMAR PENA
Attorneys for Plaintiff


Dated: June 27, 2022          PHILLIP A. TALBERT
United States Attorney
PETER K. THOMPSON
Acting Regional Chief Counsel, Region IX
Social Security Administration

By:  */s/ Patrick Snyder*
Patrick Snyder
Special Assistant United States Attorney
Attorneys for Defendant
(*As authorized by email on June 27, 2022)

# ORDER

Pursuant to stipulation, and good cause appearing, Plaintiff's second request for an extension of time to file a Motion for Summary Judgment is GRANTED. Plaintiff shall file her Motion for Summary Judgment on or before August 1, 2022. All other deadlines in the Court's Scheduling Order are modified accordingly.

IT IS SO ORDERED.

Dated:   **June 28, 2022**                           /s/ *Barbara A. McAuliffe*
                                                                   UNITED STATES MAGISTRATE JUDGE