1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

JONATHAN O. PENA, ESQ.
CA Bar ID No. 278044
Peña & Bromberg, PLC
2440 Tulare St., Suite 320
Fresno, CA  93721
Telephone: 559-412-5390
Fax: 866-282-6709
info@jonathanpena.com
Attorney for Plaintiff

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

ANGELICA M. AVILA,

      Plaintiff,

    vs.

KILOLO KIJAKAZI, Acting
Commissioner of Social Security,

      Defendant.

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

Case No. 1:21-cv-01283-JLT-BAM

STIPULATION AND |PROPOSED|
ORDER FOR THIRD EXTENSION
OF TIME

      IT IS HEREBY STIPULATED, by and between the parties through their respective counsel of record, with the Court's approval, that Plaintiff shall have a 4-day extension of time, from August 1, 2022 to August 5, 2022, for Plaintiff to serve on defendant with Plaintiff's Motion for Summary Judgment.  All other dates in the Court's Scheduling Order shall be extended accordingly.

      This is Plaintiff's third request for an extension of time.

      In the months of May through July 21, 2022, Counsel has received an influx of Social Security Certified Administrative Records (CAR) from the Eastern

1    District.  A review of the records received shows Counsel has received at least 50

2    CARs, the majority of which were filed in June 2022.

3        Additionally, for the weeks of August 1, 2022 and August 8, 2022, Counsel

4    currently has 18 merit briefs, and several letter briefs and reply briefs.  A short four

5    day extension would allow counsel to thoroughly brief this matter for the Court.

6        Defendant does not oppose the requested extension.  Counsel apologizes to

7    the Defendant and Court for any inconvenience this may cause.

8

9

10

11

12

13                                        Respectfully submitted,

14   Dated: July 22, 2022              PENA & BROMBERG, ATTORNEYS AT LAW

15

16                              By: */s/ Jonathan Omar Pena*

17                                  JONATHAN OMAR PENA
                                    Attorneys for Plaintiff
18

19

20
     Dated: July 25, 2022              PHILLIP A. TALBERT
21                                     United States Attorney
                                       PETER K. THOMPSON
22                                     Acting Regional Chief Counsel, Region IX
                                       Social Security Administration
23

24

25
                              By:  */s/ Patrick Snyder*
26                                  Patrick Snyder
                                    Special Assistant United States Attorney
27                                  Attorneys for Defendant
                                    (*As authorized by email on July 25, 2022)
28

                                        2

## ORDER

Pursuant to the parties' stipulation, and good cause appearing, Plaintiff's request for a 4-day extension of time to file a Motion for Summary Judgment is GRANTED.  Plaintiff shall file a Motion for Summary Judgment on or before August 5, 2022.  All other deadlines in the Court's Scheduling Order are modified accordingly.

IT IS SO ORDERED.

Dated:   **July 26, 2022**                       /s/ *Barbara A. McAuliffe*
                                              UNITED STATES MAGISTRATE JUDGE