1  PHILLIP A. TALBERT
   United States Attorney
2  MATHEW W. PILE, WSBA 32245
   Associate General Counsel
3  Office of Program Litigation, Office 7
   ELIZABETH LANDGRAF, CSBN 313184
4  Special Assistant United States Attorney
           Social Security Administration
5          160 Spear Street, Suite 800
           San Francisco, CA 94105
6          Telephone: (510) 970-4828
           Facsimile: (415) 744-0134
7          Elizabeth.Landgraf@ssa.gov
   Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| ANGELICA M. AVILA,<br><br> Plaintiff,<br><br>v.<br><br>KILOLO KIJAKAZI,<br>Acting Commissioner of Social Security,<br><br>Defendant. | No. 1:21-cv-01283-JLT-BAM<br><br>CORRECTED STIPULATION AND ~~PROPOSED~~ ORDER FOR EXTENSION OF TIME TO FILE DEFENDANT'S RESPONSE TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT |

   The parties stipulate through counsel that Defendant, the Acting Commissioner of Social Security (the "Commissioner"), shall have a first extension of 45 days to respond to Plaintiff's Motion for Summary Judgment ("Motion") (Docket Number 23), extending the date on which Defendant's response is due from September 19, 2022, to November 3, 2022. The parties seek a corrected order granting the stipulation, as counsel for Defendant previously mistakenly included the incorrect date in the proposed order. The undersigned attorney for Defendant apologizes for this oversight.

     Defendant needs more time to respond to Plaintiff's Motion because the undersigned attorney was recently reassigned to this case, after Plaintiff had already filed her Motion, and needs more time review the record, evaluate the issues raised in Plaintiff's Motion, determine whether options exist for settlement, and if not, prepare Defendant's Opposition to Plaintiff's Motion. In addition, the undersigned attorney for Defendant currently has three briefs due over the next one-week period, including Defendant's Opposition in this case, and a total of eight district court briefs due over the next four weeks.

     Due to the overall volume of work within the Commissioner's Region IX Office of General Counsel, neither the undersigned attorney nor another attorney in the Region IX Office anticipate being able to review and respond to Plaintiff's Motion by the current due date. Accordingly, the Commissioner respectfully requests an extension of 45 days, until November 3, 2022, to respond to Plaintiff's Motion.

     This request is made in good faith and is not intended to delay the proceedings in this matter.

Respectfully submitted,

DATE: September 19, 2022   */s/ Jonathan Omar Pena*
JONATHAN OMAR PENA
Attorney for Plaintiff
(as approved via email)

PHILLIP A. TALBERT
United States Attorney
MATHEW W. PILE
Associate General Counsel
Social Security Administration

DATE: September 19, 2022   By   */s/ Elizabeth Landgraf*
ELIZABETH LANDGRAF
Special Assistant United States Attorney
Attorneys for Defendant

//

//

**ORDER**

Pursuant to the parties' corrected stipulation, Defendant shall have an extension, up to and including November 3, 2022, to respond to Plaintiff's Motion for Summary Judgment. All other deadlines in the Court's Scheduling Order are modified accordingly.

IT IS SO ORDERED.

Dated:  **September 20, 2022**         /s/ Barbara A. McAuliffe           _
                                        UNITED STATES MAGISTRATE JUDGE