1  PHILLIP A. TALBERT
   United States Attorney
2  MATHEW W. PILE, WSBA 32245
   Associate General Counsel
3  Office of Program Litigation, Office 7
   ELIZABETH LANDGRAF, CSBN 313184
4  Special Assistant United States Attorney
           Social Security Administration
5          160 Spear Street, Suite 800
           San Francisco, CA 94105
6          Telephone: (510) 970-4828
           Facsimile: (415) 744-0134
7          Elizabeth.Landgraf@ssa.gov
   Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| ANGELICA M. AVILA,<br><br>  Plaintiff,<br><br>v.<br><br>KILOLO KIJAKAZI,<br>Acting Commissioner of Social Security,<br><br>  Defendant. | No. 1:21-cv-01283-JLT-BAM<br><br>STIPULATION AND ~~PROPOSED~~ ORDER FOR SECOND EXTENSION OF TIME TO FILE DEFENDANT'S RESPONSE TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT |

   The parties stipulate through counsel that Defendant, the Acting Commissioner of Social Security (the "Commissioner"), shall have a second extension of 30 days to respond to Plaintiff's Motion for Summary Judgment ("Motion") (Docket Number 23), extending the date on which Defendant's response is due from November 3, 2022 to December 3, 2022.

   Defendant needs more time to respond to Plaintiff's Motion because the undersigned attorney for Defendant currently has ten briefs due during the remainder of November, including Defendant's Opposition to Plaintiff's Motion in this case, in addition to two briefs that she

1  already filed during the first week of November (one on October 31 and the other on November
2  1). In addition, the undersigned attorney for Defendant has unexpectedly needed to take time off
3  work over the last two weeks due to COVID-related closures at her daughter's preschool.
4  Accordingly, the Commissioner respectfully requests an extension of 30 days, until December 3,
5  2022, to respond to Plaintiff's Motion. Defendant sincerely apologizes to Plaintiff, opposing
6  counsel, and the Court for any inconvenience.

   This request is made in good faith and is not intended to delay the proceedings in this
   matter.

                                                Respectfully submitted,

   DATE: November 1, 2022              */s/ Jonathan Omar Pena*
                                       JONATHAN OMAR PENA
                                       Attorney for Plaintiff
                                       (as approved via email)

                                       PHILLIP A. TALBERT
                                       United States Attorney
                                       MATHEW W. PILE
                                       Associate General Counsel
                                       Social Security Administration

   DATE: November 1, 2022        By   */s/ Elizabeth Landgraf*
                                       ELIZABETH LANDGRAF
                                       Special Assistant United States Attorney
                                       Attorneys for Defendant

                                         **ORDER**

   Pursuant to the parties' stipulation, and for cause appearing, IT IS SO ORDERED that
   Defendant shall have an extension, up to and including December 3, 2022, to respond to
   Plaintiff's Motion for Summary Judgment.
   IT IS SO ORDERED.

   Dated:   **November 2, 2022**              /s/ Barbara A. McAuliffe
                                              UNITED STATES MAGISTRATE JUDGE